IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| VERONICA K.S. ,<br><br>            Plaintiff,<br><br>  vs.<br><br>ANDREW SAUL, Commissioner of Social Security<br><br>            Defendant. | CV 20-146-M-DWM<br><br>JUDGMENT |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  **X**     **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that the Commissioner's denial of benefits is AFFIRMED and this matter is closed.

      Dated this 21st day of July, 2021.

                                              TYLER P. GILMAN, CLERK

                                              By: /s/ Nicole Stephens
                                              Nicole Stephens, Deputy Clerk